# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| IRMA MENDEZ,<br><br>                  Plaintiff(s),<br>vs.<br><br>FIESTA DEL NORTE HOME OWNERS ASSOCIATION, et al.,<br><br>                  Defendant(s). | Case No. 2:15-cv-00314-RCJ-NJK<br><br>ORDER |

Plaintiff Irma Mendez is proceeding in this action *pro se*, and submitted a $400 check for the filing fee on February 23, 2015. Docket No. 1-4. Plaintiff's check has been returned as "unpaid" by the bank. In order to proceed with her case, Plaintiff must either pay the $400 filing fee or submit the affidavit required by 28 U.S.C. § 1915(a) showing an inability to prepare fees or give security for them, no later than **April 10, 2015**.

Accordingly,

**IT IS SO ORDERED**:

1. Plaintiff shall either make the necessary arrangements to pay the $400 filing fee, accompanied by a copy of this order, or file an application to proceed *in forma pauperis*.

. . .

. . .

2. Plaintiff must comply with this order no later than **April 10, 2015**. Failure to comply will result in a recommendation to the District Judge that this case be dismissed for failure to comply with this order, and failure to pay the required filing fee.

3. This case shall be stayed until either Plaintiff pays the $400 filing fee, accompanied by a copy of this order, or the Court grants Plaintiff's application to proceed *in forma pauperis*.

DATED: March 12, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge