BRANDON L. PHILLIPS, ESQ.
Nevada Bar No. 12264
Brandon L. Phillips, Attorney at Law, PLLC
3790 Paradise Road, Suite 205
Las Vegas, NV 89169
702-795-0097, 702-795-0098 fax
blp@abetterlegalpractice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IRMA MENDEZ,<br><br>          Plaintiff,<br><br>vs.<br><br>FIESTA DEL NORTE HOMEOWNESR ASSOCIATION, a Nevada non-profit corporation; COMPLETE MANAGEMENT COMPANY, LLC, a Nevada limited liability company; ALESSI & KOENIG LLC, a Nevada limited liability corporation; ABSOLUTE BUSINESS SOLUTIONS INC., a Delaware corporation; AMIR HUJJUTTALLAH, an individual; and DOES I-X inclusive; and ROES I-X, inclusive.<br><br>          Defendants. | CASE NO. 2:15-cv-003140RCJ-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT COMPLETE MANAGEMENT COMPANY, LLC'S MOTION TO DISMISS**<br>**(First Request)** |

On March 16, 2015, Defendant Complete Association Management Company, LLC filed a Motion to Dismiss.  The Court set Plaintiff's response to the Motion to be filed by April 2, 2015. The parties stipulate and agree that Plaintiff be allowed until **April 13, 2014** to file a response to the Motion. Plaintiff requests this extension as the Complaint sought to be dismissed was filed Pro Se, Plaintiff recently retained counsel to represent her in this action, and counsel for Plaintiff requires additional time to familiarize himself with this matter and prepare a response to the pending Motion.

. . .

This is Plaintiff's first request for an extension and is not intended to unnecessarily delay

this matter.

DATED this ____ day of April, 2015.   DATED this ____ day of April, 2015.

**AKERMAN LLP**   **BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC**

/s/ Adam R. Knecht   /s/ Brandon L. Phillips
KURT R. BONDS, ESQ.   BRANDON L. PHILLIPS, ESQ.
Nevada Bar No. 6228   Nevada Bar No. 12264
ADAM R. KNECHT, ESQ.   3790 Paradise Road
Nevada Bar No. 13166   Suite 205
7401 W. Charleston Boulevard   Las Vegas, Nevada 89169
Las Vegas, Nevada 89117   *Attorneys for Plaintiff*
*Attorneys for Defendant Complete Association Management Company, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE COURT JUDGE

Dated: ____ April 8, 2015 _____

Submitted By:
BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC


 /s/ Brandon L. Phillips_____
BRANDON L. PHILLIPS, ESQ.
Nevada Bar No. 12264
3790 Paradise Road, Suite 205
Las Vegas, NV 89169
(702) 795-0097, (702) 795-0098 fax
*Attorney for Plaintiff*