UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| IRMA MENDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 2:15-cv-00314-RCJ-NJK |
| vs. | ) | |
| | ) | |
| FIESTA DEL NORTE HOME OWNERS ASSOCIATION, et al., | ) ) ) | **ORDER RE: MOTION TO WITHDRAW** |
| | ) | |
| Defendants. | ) | (Docket No. 24) |
| | ) | |

Pending before the Court is Plaintiff's attorney's motion to withdraw. Docket No. 24. Any response shall be filed no later than April 24, 2015. The Court hereby **SETS** a hearing for April 28, 2015, at 4:00 p.m. in Courtroom 3B. Plaintiff and Plaintiff's counsel shall attend the hearing. Any new counsel retained by Plaintiff shall also attend the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than April 10, 2015, Plaintiff's current counsel of record shall serve Plaintiff with this order that she appear and shall file a proof of service.

IT IS SO ORDERED.

DATED: April 9, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge