1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| IRMA MENDEZ, | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-00314-RCJ-NJK |
| | ) | |
| vs. | ) | ORDER GRANTING<br>MOTION TO WITHDRAW |
| | ) | |
| FIESTA DEL NORTE HOMEOWNERS<br>ASSOCIATION, et al., | ) | (Docket No. 24) |
| | ) | |
| Defendants. | ) | |

Pending before the Court is a motion to withdraw as counsel for Plaintiff Irma Mendez. Docket No. 24. Plaintiff has already filed documents on the docket indicating that she intends to proceed *pro se*. *See* Docket Nos. 27, 28. The Court finds the motion properly resolved without oral argument, *see* Local Rule 78-2, and therefore **VACATES** the hearing set for April 28, 2015. For good cause shown, the motion to withdraw is hereby **GRANTED**.

IT IS SO ORDERED.

DATED:   April 21, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge