|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| IRMA MENDEZ, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:15-cv-00314-RCJ-NJK |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION TO FILE ELECTRONICALLY |
| | ) | |
| FIESTA DEL NORTE HOMEOWNERS ASSOCIATION, et al., | ) | (Docket No. 28) |
| | ) | |
| Defendants. | ) | |

Pending before the Court is *pro se* Plaintiff's Motion for Permission for Electronic Case Filing, Docket No. 28, which the Court hereby **GRANTS**. Plaintiff must comply with the following procedures in order to activate her CM/ECF account:

1. On or before **May 21, 2015**, Plaintiff must provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

2. Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

. . . .

. . . .

3. Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

DATED this  21st   day of April, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge