1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9
10

IRMA MENDEZ,                                              )
                                                         )
                    Plaintiff(s),                        )        Case No. 2:15-cv-00314-RCJ-NJK

11

                                                         )
vs.                                                      )        ORDER

12

                                                         )
FIESTA DEL NORTE HOMEOWNERS                              )

13

ASSOCIATION, et al.,                                     )        (Docket No. 61)
                                                         )

14

                    Defendant(s).                        )
                                                         )

15

16

        Pending before the Court is Plaintiff's motion to extend the discovery deadline. Docket No.

17

61. The current discovery deadline is September 11, 2015. Docket No. 61. Plaintiff, who is

18

proceeding in this action *pro se*, requests a 60-day extension because she represents that opposing

counsel has been less than cooperative during discovery. Docket No. 61 at 2. Plaintiff represents

19

that she is still awaiting responses to her discovery requests despite meeting and confering with

20

opposing counsel. *Id.* Bearing in mind the great leniency afforded to *pro se* litigants when

21

22

evaluating their compliance with the technical rules of civil procedure, the Court finds that Plaintiff

has established excusable neglect and good cause as required by Local Rule 26-4. *See Harrison v.*

23

*United States*, 996 F.2d 1224 n.1 (9th Cir. 1993). Accordingly, the Court hereby **GRANTS** an

24

extension of the discovery deadline by sixty days, to <u>November 10, 2015.</u>

25

        IT IS SO ORDERED.

26

        DATED: September 11, 2015

27

28

        _____
        NANCY J. KOPPE
        United States Magistrate Judge