UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IRMA MENDEZ, </br>           Plaintiff(s), </br> vs. </br> FIESTA DEL NORTE HOME OWNERS ASSOCIATION, et al., </br>           Defendant(s). | Case No. 2:15-cv-00314-RCJ-NJK </br> ORDER </br> (Docket No. 67) |

    Pending before the Court is Plaintiff's motion to extend the discovery cutoff, currently set to expire on November 10, 2015. Docket No. 67; *see also* Docket No. 64. The Court hereby ORDERS that any response be filed no later than November 12, 2015, and any reply be filed no later than November 18, 2015.

    IT IS SO ORDERED.

    DATED: November 9, 2015

                                              _____ </br>
                                              NANCY J. KOPPE </br>
                                              United States Magistrate Judge