# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IRMA MENDEZ,<br><br>            Plaintiff(s),<br><br>vs.<br><br>FIESTA DEL NORTE HOMEOWNERS'S ASSOCIATION, et al.,<br><br>            Defendant(s). | Case No. 2:15-cv-00314-RCJ-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 73) |

     Pending before the Court is a motion to withdraw filed by counsel for Defendant Amir Hujjuttallah and Defendant Absolute Business Solutions, Inc. (the "Defendants"). Docket No. 73. The Court hereby **SETS** a hearing on the motion for 1:00 p.m. on December 2, 2015, in Courtroom 3D. Defendant Amir Hujjuttalla, a corporate representative for Defendant Absolute Business Solutions, Inc., and current counsel shall appear at the hearing in person. Any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

1. No later than November 23, 2015, Defendants' current counsel of record shall serve Defendant Amir Hujjuttallah and Defendant Absolute Business Solutions, Inc. with this order and shall file a proof of service.  Any response to the motion to withdraw shall be filed no later than November 27, 2015.

   IT IS SO ORDERED.

   DATED:   November 19, 2015

   _____
   NANCY J. KOPPE
   United States Magistrate Judge