# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IRMA MENDEZ, | Case No. 2:15-cv-00314-RCJ-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| FIESTA DEL NORTE HOMEOWNERS'S ASSOCIATION, et al., | (Docket No. 67) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to extend the discovery deadline. Docket No. 67. The Court issued an order setting an expedited briefing schedule in this matter. Docket No. 71. The matter is now fully briefed. Docket Nos. 72, 77. For good cause and excusable neglect shown, the motion to extend is GRANTED.[1] Accordingly, the Court hereby EXTENDS the discovery deadline 60 days to January 11, 2016.

IT IS SO ORDERED.

DATED: November 23, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court, by granting Plaintiff's motion, does not – either expressly or impliedly – find that Plaintiff's numerous allegations of corruption or impropriety in her motion or reply are founded. Rather, the Court simply grants additional time to conduct relevant discovery.