UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IRMA MENDEZ,<br>　　　　　Plaintiff,<br>vs.<br>FIESTA DEL NORTE HOME OWNERS ASSOCIATION, et al.,<br>　　　　　Defendants. | Case No. 2:15-cv-00314-RCJ-NJK<br><br>ORDER<br><br>(Docket No. 83) |

　　　　Pending before the Court is Plaintiff Irma Mendez's second motion for the issuance of subpoenas. Docket No. 83. For the reasons discussed below, Plaintiff's motion is hereby **GRANTED**.

　　　　Rule 45 of the Federal Rules of Civil Procedure governs the issuance of subpoenas to non-parties. Such subpoenas may issue from the Court, signed by the Court Clerk or an attorney authorized to practice before the Court. Fed. R. Civ. P. 45(a)(3). *Pro se* litigants need the Court Clerk to issue a subpoena. *Alcon v. Bright*, 2015 WL 5559896, at *2 (N.D. Cal. Sept. 18, 2015). In accordance with Rule 45(a)(3), "[t]he clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it[, and ] that party must complete it before service." Fed. R. Civ. P. 45(a)(3).

　　　　Here, Plaintiff seeks to subpoena one non-party: Sharon Jackson, whom Plaintiff alleges is the Ombudsman for the Common Interest Communities and Condominium Hotels program. Accordingly, the Court "will grant [Plaintiff's] request [for issuance of a subpoena] and direct the Clerk of Court to issue the subpoena in blank and [send] it to Plaintiff to fill out." *Banks v. Joyce*, 2014 WL 7330938, at *1 (D. Nev. Dec. 19, 2014) (Leen, M.J.). "This practice is not uncommon in this district." *Antonetti v.*

*Neven*, 2014 WL 1089661, at *2 (D. Nev. Mar. 18, 2014) (citing *McCurdy v. N. Las Vegas Officer Johnson*, No. 08-cv-1767-JAD-PAL (Docket No. 84 at 5-6) (D. Nev. Aug. 23, 2013) (Leen, M.J.) (ordering the Clerk of Court to "issue a subpoena duces tecum and send it to the Plaintiff who shall describe the documents he is requesting and serve it on [opposing] counsel"). Plaintiff is advised that she must comply fully with Rule 45. *Banks*, 2014 WL 7330938, at *1 (D. Nev. Dec. 19, 2014) (telling *pro se* Plaintiff to carefully read the same).[1]

IT IS SO ORDERED:

1. Plaintiff's motion (Docket No. 83) is **GRANTED** to the extent that the Clerk of Court shall issue a blank subpoena on form AO 88A, and mail it to Plaintiff.

2. To the extent Plaintiff requests any relief other than the issuance of a blank subpoena, that request is **DENIED**.

DATED: December 1, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court expresses no opinion as to whether the subpoena requested is appropriate and/or timely. Nothing in this shall order be construed as preventing the subpoena recipient from filing any motions she deems appropriate.