UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IRMA MENDEZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>FIESTA DEL NORTE HOMEOWNERS ASSOCIATION, et al.,<br><br>                    Defendants. | Case No. 2:15-cv-00314-RCJ-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 73) |

    Pending before the Court is a motion to withdraw as attorney filed by counsel for Defendants Amir Hujjuttallah and Absolute Business Solutions, Inc. Docket No. 73. On November 19, 2015, the Court set a hearing on this motion for December 2, 2015. Docket No. 75. The Court ordered Defendant Hujjuttallah and a corporate representative for Defendant Absolute Business Solutions, Inc. to personally appear at the hearing, as well as current counsel and any newly retained counsel. *Id*. The Court specifically ordered that "THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS." *Id*. (emphasis in original).

    On December 2, 2015, Plaintiff, Defendants' current counsel, and newly retained counsel appeared in court. Defendant Hujjuttallah failed to appear, as did a corporate representative for Defendant Absolute Business Solutions, Inc. (it was represented to the Court that Defendnat Hujjuttallah is the corporate representative). The Court therefore continued the hearing on counsel's motion to withdraw as attorney to December 17, 2015, at 11:00 a.m., in Courtroom 3C. Defendant Hujjuttallah and a corporate representative for Defendant Absolute Business Solutions, Inc. are ORDERED to appear

at this hearing in person, and to show cause why the Court should not sanction them in an amount up to Plaintiff's reasonable expenses incurred for appearing at the hearing, as well as an amount not to exceed $1,000 in Court fines, pursuant to Local Rule IA 4-1 and Fed. R. Civ. P. 16(f), for failing to comply with the Court's order. Defendants' current counsel and Defendants' newly retained counsel shall also appear in person at the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS.

No later than December 4, 2015, Defendants' current counsel of record shall serve Defendants with this order that they appear and shall file a proof of service. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.

IT IS SO ORDERED.

DATED: December 2, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge