# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| IRMA MENDEZ,              )<br>                                  )<br>          Plaintiff(s),    )<br>                                  )<br>vs.                               )<br>                                  )<br>FIESTA DEL NORTE HOMEOWNERS'S )<br>ASSOCIATION, et al.,      )<br>                                  )<br>          Defendant(s).   )<br>_____) | Case No. 2:15-cv-00314-RCJ-NJK<br><br>ORDER<br><br><br>(Docket No. 89) |

Pending before the Court is Plaintiff's third motion to extend the discovery deadline. Docket No. 89. For good cause and excusable neglect shown, the motion to extend is GRANTED in part and DENIED in part.

The Court, by granting Plaintiff's motion in part, does not – either expressly or impliedly – find that Plaintiff's numerous allegations of impropriety in her motion are founded.[1] Rather, the Court simply grants additional time to provide Plaintiff and Defendants' new counsel an opportunity to meet, confer, and resolve the outstanding discovery requests in "just, speedy, and inexpensive" manner in accord with Federal Rule of Civil Procedure 1. The Court denies Plaintiff's request to depose Defendants' prior attorney, as that request is not currently properly before the Court.

---

[1] The Court cautions Plaintiff that she must ensure that future motions contain the information necessary for the Court to decide the motion, and not allegations of impropriety that are not relevant to the motion at issue.

1  Accordingly, the Court hereby **EXTENDS** the discovery deadline 60 days to March 3, 2016.
2  IT IS SO ORDERED.
3  DATED: January 5, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge