1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11    IRMA MENDEZ,                                     )
                                                        )    Case No. 2:15-cv-00314-RCJ-NJK
                                  Plaintiff,            )
12    vs.                                               )    ORDER
                                                        )
13    FIESTA DEL NORTE HOME OWNERS                      )    (Docket No. 90)
      ASSOCIATION, et al.,                              )
14                                                      )
                                  Defendants.           )
15    _____         )

16            Pending before the Court is Plaintiff Irma Mendez's third motion for the issuance of a subpoena.

17    Docket No. 90.  For the reasons discussed below, Plaintiff's motion is hereby **GRANTED**.

18            Rule 45 of the Federal Rules of Civil Procedure governs the issuance of subpoenas to non-

19    parties.  Such subpoenas may issue from the Court, signed by the Court Clerk or an attorney authorized

20    to practice before the Court.  Fed. R. Civ. P. 45(a)(3).  *Pro se* litigants need the Court Clerk to issue a

21    subpoena.  *Alcon v. Bright*, 2015 WL 5559896, at *2 (N.D. Cal. Sept. 18, 2015).  In accordance with

22    Rule 45(a)(3), "[t]he clerk must issue a subpoena, signed but otherwise in blank, to a party who requests

23    it[, and ] that party must complete it before service."  Fed. R. Civ. P. 45(a)(3).

24            Here, Plaintiff seeks to subpoena one non-party: BAC Home Loans Servicing.  Accordingly, the

25    Court "will grant [Plaintiff's] request [for issuance of a subpoena] and direct the Clerk of Court to issue

26    the subpoena in blank and [send] it to Plaintiff to fill out."  *Banks v. Joyce*, 2014 WL 7330938, at *1 (D.

27    Nev. Dec. 19, 2014) (Leen, M.J.).  "This practice is not uncommon in this district."  *Antonetti v. Neven*,

28    2014 WL 1089661, at *2 (D. Nev. Mar. 18, 2014) (citing *McCurdy v. N. Las Vegas Officer Johnson*,

No. 08-cv-1767-JAD-PAL (Docket No. 84 at 5-6) (D. Nev. Aug. 23, 2013) (Leen, M.J.) (ordering the Clerk of Court to "issue a subpoena duces tecum and send it to the Plaintiff who shall describe the documents he is requesting and serve it on [opposing] counsel").  Plaintiff is advised that she must comply fully with Rule 45.  *Banks*, 2014 WL 7330938, at *1 (D. Nev. Dec. 19, 2014) (telling *pro se* Plaintiff to carefully read  the same).[1]

IT IS SO ORDERED:

1.      Plaintiff's motion (Docket No. 90) is **GRANTED** to the extent that the Clerk of Court

shall issue a blank subpoena on form AO 88A, and mail it to Plaintiff.

2.      To the extent Plaintiff requests any relief other than the issuance of a blank subpoena, that request is **DENIED**.

DATED: January 5, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1]The Court expresses no opinion as to whether the subpoena requested is appropriate and/or timely. Nothing in this shall order be construed as preventing the subpoena recipient from filing any motions it deems appropriate.