1
2
3
4
5
6
7  **UNITED STATES DISTRICT COURT**
8  **DISTRICT OF NEVADA**
9

IRMA MENDEZ,                                )
10                                           )        Case No. 2:15-cv-00314-RCJ-NJK
              Plaintiff,                     )
11                                           )
vs.                                          )
12                                           )
FIESTA DEL NORTE HOME OWNERS                 )        ORDER
13  ASSOCIATION, et al.,                     )
                                             )
14            Defendants.                    )
                                             )
15

16          This matter is before the Court on the failure of Interested Party JimiJack Irrevocable Trust to

17  file a Certificate of Interested Parties.  LR 7.1-1(a) requires, unless otherwise ordered, that in all cases

18  (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case,

19  identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons,

20  firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary

21  interest in the outcome of the case.  LR 7.1-1(b) further states that if there are no known interested

22  parties, other than those participating in the case, a statement to that effect must be filed.  Additionally,

23  LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the

24  information that this rule requires.  To date, Interested Party  JimiJack Irrevocable Trust has failed to

25  comply.

26  //

27  //

28  //

Accordingly, **IT IS ORDERED** that Interested Party JimiJack Irrevocable Trust shall file a Certificate of Interested Parties, which fully complies with LR 7.1-1, **no later than 4:00 p.m., May 16, 2016.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED: May 13, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

2