**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| IRMA MENDEZ, | ) | |
| Plaintiff(s), | ) | Case No. 2:15-cv-00314-RCJ-NJK |
| vs. | ) | ORDER |
| FIESTA DEL NORTE HOMEOWNERS ASSOCIATION, et al., | ) | (Docket No. 157) |
| Defendant(s). | ) | |

Pending before the Court is a joint proposed discovery plan. Docket No. 157. The Local Rules of Practice were amended effective May 1, 2016. General Order 2016-01. The joint proposed discovery plan cites the prior version of the Local Rules of Practice. *See, e.g.*, Docket No. 157 at 3 (citing LR 26-1(e), which no longer exists). The amended LR 26-1 places additional requirements on discovery plans, including those in LR 26-1(b)(7), (8), and (9). The parties have failed to comply with these requirements. Accordingly, the joint proposed discovery plan is hereby **DENIED** without prejudice. The parties must file a new joint proposed discovery plan that complies in full with LR 26-1, no later than June 21, 2016.

IT IS SO ORDERED.

DATED: June 17, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge