# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IRMA MENDEZ, | Case No. 2:15-cv-00314-RCJ-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| FIESTA DEL NORTE HOME OWNERS ASSOCIATION, INC., et al., | (Docket No. 160) |
| Defendant(s). | |

Pending before the Court is Defendant Complete Association Management Company, LLC's ("Defendant") emergency motion for an enlargement of time to submit the parties' joint proposed discovery plan. Docket No. 160. Defendant represents that it is unable to comply with the Court-ordered deadline to file a joint proposed discovery plan because Plaintiff is traveling in Cuba, where telephone reception is poor. *Id*. at 3. For good cause shown, Defendant's motion, Docket No. 160, is **GRANTED**. The parties shall file a joint proposed discovery plan no later than July 1, 2016.

IT IS SO ORDERED.

DATED: June 22, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge