# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| IRMA MENDEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>FIESTA DEL NORTE HOME OWNERS ASSOCIATION et al.,<br><br>        Defendants. | 2:15-cv-00314-RCJ-NJK<br><br>**ORDER** |

On March 17, 2014, Absolute Business Solutions, Inc. ("ABS") sued Mortgage Electronic Registration Systems, Inc., Bank of America, N.A. ("BOA"), and Irma Mendez in state Court to quiet title to residential real property located at 3416 Casa Alto Ave. in North Las Vegas, Nevada (the "Property") that it had purchased four days earlier at a homeowners association foreclosure sale. That case is pending before Judge Mahan. On July 13, 2015, the action was removed. Several motions are pending in that case, and the Court does not address them now. On February 23, 2015, before ABS's action was removed, Mendez sued Alessi & Koenig, LLC ("A&K"), Fiesta Del Norte Home Owners Association (the "HOA"), Complete Association Management Co., LLC ("CAMCO"), ABS, and Amir Hujjuttallah in this Court on eight causes of action. That case (the present case) is pending before Judge Jones. The Court has adjudicated several dispositive motions, leaving several claims for trial. Most recently, on

May 13, 2016, Mendez sued Wright, Findlay & Zak, LLP, Seterus, Inc., Federal National Mortgage Association ("Fannie Mae"), BOA, Joel and Sandra Stokes, and JimiJack Irrevocable Trust in this Court under various causes of action and to quiet title to the Property. That case is pending before Judge Gordon. Several motions are pending in that case, and the Court does not address them now. The cases are all related in fact and law, and the undersigned each concur that under the Local Rules the later-filed or -removed cases should be transferred to the judge with the earliest-filed or -removed case.

## CONCLUSION

IT IS HEREBY ORDERED that cases 2:15-cv-1325-JCM-CWH and 2:16-cv-1077-APG-NJK are TRANSFERRED to District Judge Robert C. Jones and Magistrate Judge Nancy J. Koppe for all further proceedings, and all further filings in those cases shall bear the captions 2:15-cv-1325-RCJ-NJK and 2:16-cv-1077-RCJ-NJK, respectively.

IT IS FURTHER ORDERED that the Clerk shall file copies of this Order into the dockets of cases 2:15-cv-1325-JCM-CWH and 2:16-cv-1077-APG-NJK.

Dated this 7th day of July, 2016.

_____
ROBERT C. JONES
United States District Judge

_____
JAMES C. MAHAN
United States District Judge

_____
ANDREW P. GORDON
United States District Judge