# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IRMA MENDEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FIESTA DEL NORTE HOME OWNERS ASSOCIATION, *et al.,*<br><br>　　　　　Defendants. | Case No.:　2:15-CV-00314-RCJ-NJK<br><br>**ORDER SETTING STATUS CONFERENCE** |

The Court entered is Order granting the motion for summary judgment (ECF No. 185) and denying motion for summary judgment (ECF No. 192). There are remaining claims for trial. The filing deadline for the Joint Pretrial Order was 30 days from entry of the Court's Order (ECF No. 199). Accordingly,

IT IS HEREBY ORDERED that a Status Conference to schedule a trial date is set for 11:30 A.M., Monday, April 9, 2018, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

IT IS FURTHER ORDERED the parties shall jointly file a Status Report with the Court on or before 5:00 P.M., Friday, March 30, 2018.

IT IS FURTHER ORDERED that out-of-state counsel who request telephonic appearances shall file a Request to Appear Telephonically with the Court on or before 5:00 P.M., Friday, March 30, 2018.

IT IS SO ORDERED this 14th day of March, 2018.

_____
ROBERT C. JONES
Senior District Judge