UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IRMA MENDEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>FIESTA DEL NORTE HOMEOWNERS ASSOCIATION, a Nevada non-profit organization, *et al.*,<br><br>        Defendants. | Case No.: 2:15-CV-00314-RCJ-NJK<br><br>ORDER SETTING STATUS CONFERENCE MONDAY, JULY 9, 2018 |

Before the Court is Plaintiff's Motion for Trial Setting (ECF No. 209). Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Trial Setting (ECF No. 209) is GRANTED.

IT IS FURTHER ORDERED that a Status Conference is set for 09:00 A.M., Monday, July 9, 2018, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

IT IS FURTHER ORDERED that parties shall bring their calendars and be prepared to set this matter for trial.

IT IS SO ORDERED this 23rd day of May, 2018.

_____
ROBERT C. JONES

ORDER SETTING STATUS CONFERENCE MONDAY, JULY 9, 2018 - 1