JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
HONG & HONG
A Professional Law Corporation
1980 Festival Plaza Dr., Suite 650.
Las Vegas, Nevada 89135
Tel: (702) 870-1777
Fax: (702) 870-0500
Email: Yosuphonglaw@gmail.com

Attorney for Absolute Business
Solutions, Inc., Amir M. Hujjutallah,
Jimijack Irrevocable Trust, Joel A. Stokes
and Sandra Stokes

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IRMA MENDEZ,<br><br>              Plaintiff,<br><br>vs.<br><br>FIESTA DEL NORTE HOMEOWNERS ASSOCIATION, et al.,<br>              Defendants.<br><br>And related claims. | CASE NO. 2:15-cv-00314-RCJ-NJK<br><br>STIPULATION AND ORDER TO DISMISS |

    Irma Mendez, Alessi & Koenig, LLC., Absolute Business Solutions, Inc., Amir M. Hujjutallah, Jimijack Irrevocable Trust, Joel A. Stokes, individually, and as trustee of Jimijack Irrevocable Trust, Sandra F. Stokes, individually and as trustee of Jimijack Irrevocable Trust (together the "Parties"), in proper person and by and through their respective attorney of record, hereby stipulate and agree as follows:

    All claims among the Parties, including the Complaints and Counterclaims, in this case and in case numbers 2:15-cv-01325-RCJ-NJK and 2:16-cv-01077-JAD-NJK , which were

...

...

...

consolidated into this case pursuant to the Order entered on July 7, 2016 [ECF 168], are hereby DISMISSED with prejudice, and each party shall bear its own attorneys' fees and costs.

DATED this 8th day of August, 2018.

/s/ Irma Mendez
3433 Via Viejas Oeste
Alpine, California 91901
*In Proper Person*

HONG & HONG, P.C.

By: /s/ Joseph Y. Hong, Esq.
Nevada Bar No. 5995
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135

*Attorney for Absolute Business Solutions, Inc., Amir M. Hujjutallah, Jimijack Irrevocable Trust, Joel A. Stokes, individually, and as trustee of Jimijack Irrevocable Trust, Sandra F. Stokes, individually and as trustee of Jimijack Irrevocable Trust*

HOA LAWYERS GROUP, LLC.

By: /s/ Steve Loizzi, Esq.
Nevada Bar No. 10920
9500 W. Flamingo Rd., Suite 204
Las Vegas, Nevada 89147

*Attorney for Alessi & Koenig, LLC.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: August 13, 2018

2